**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| JESSIE ESPINOZA, AUSTIN BUSHONG, JULIAN GRIFFIN, MD JAHIRUL ISLAM, and RUBIN STONE, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT VANZILE, JR., ROGER MCGESHICK, JR., SONYA SMITH, MAIA KEGLEY, LEELYN VANZILE, CALEB MCGESHICK, and JOHN DOES 1-25,<br><br>Defendants. | Civil Action No. 1:26-cv-01050-BBC |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The named Defendants, the Tribal Council members of the Sokaogon Chippewa Community, a federally recognized Indian Tribe, by and through undersigned counsel, move the Court for an extension of time to file its response to Plaintiffs' Complaint until October 7, 2026.

In support of their motion, Defendants state the following:

1. The Tribal Council Defendants were served with the Complaint on July 22, 2026, and were not aware of the suit prior to that date. The current deadline for the Tribal Council Defendants to answer or otherwise respond to the Complaint is August 12, 2026.

2. The undersigned was retained to represent the Tribal Council Defendants in this matter on July 27, 2026. Additional time is needed to investigate and provide an appropriate response to the Complaint.

1

3.      Plaintiffs' counsel, through Andrew Guzzo, advised the undersigned on July 27, 2026, that Plaintiffs do not object to the requested extension.

4.      The Complaint's claims against the Tribal Council Defendants are made in their official capacity. Defendant Caleb McGeshick is no longer serving on the Sokaogon Chippewa Community's Tribal Council. He has been replaced in office by Kimberlee McGeshick. Accordingly, a motion requesting substitution under Fed. R. Civ. P. 25(d) will be forthcoming.

WHEREFORE, Tribal Council Defendants respectfully request this Court grant its motion and extend the deadline for Tribal Council Defendants to respond to the Complaint until October 7, 2026.

Respectfully submitted,

*/s/ Patrick O. Daugherty*
Patrick O. Daugherty
WIED Bar # 981008
*Attorney for Tribal Council Defendants*
Van Ness Feldman, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Phone: (202) 298-1810
Email: pod@vnf.com

DATED: August 5, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which shall send notice to all counsel of record.

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty