**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

|  |  |
|---|---|
| JESSIE ESPINOZA, AUSTIN BUSHONG, JULIAN GRIFFIN, MD JAHIRUL ISLAM, and RUBIN STONE, *on behalf of themselves and all individuals similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT VANZILE, JR., ROGER MCGESHICK, JR., SONYA SMITH, MAIA KEGLEY, LEELYN VANZILE, CALEB MCGESHICK, and JOHN DOES 1-25,<br><br>        Defendants. | Civil Action No. 1:26-cv-01050-BBC |

## DISCLOSURE STATEMENT

The named Defendants, the Tribal Council members of the Sokaogon Chippewa

Community, a federally recognized Indian Tribe, by and through undersigned counsel, furnish

the following list in compliance with Local Civil Rule 7.1:

(1)    The full names of every party, intervenor, or amicus the attorney represents in the

action.

| Party | Connection / Interest |
|---|---|
| Robert VanZile, Jr. | Defendant |
| Roger McGeshick, Jr. | Defendant |
| Sonya Smith | Defendant |
| Maia Kegley | Defendant |
| Leelyn VanZile | Defendant |
| Caleb McGeshick / Kimberlee McGeshick[1] | Defendant |

---

[1] The Complaint's claims against the Tribal Council Defendants are made in their official
capacity. Defendant Caleb McGeshick is no longer serving on the Sokaogon Chippewa

(2)     No party is a corporation.

(3)     The law firms whose attorneys will appear or are expected to appear for the party

in this Court:

| Law firm | Connection / Interest |
|---|---|
| Van Ness Feldman, LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006 | Counsel for Tribal Council<br>Defendants |

Respectfully submitted,

/s/ Patrick O. Daugherty
Patrick O. Daugherty
WIED Bar # 981008
*Attorney for Tribal Council Defendants*
Van Ness Feldman, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Phone: (202) 298-1810
Email: pod@vnf.com

DATED: August 5, 2026

---

Community's Tribal Council. He has been replaced in office by Kimberlee McGeshick. Accordingly, a motion requesting substitution under Fed. R. Civ. P. 25(d) will be forthcoming.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which shall send notice to all counsel of record.

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty