**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| JESSIE ESPINOZA, AUSTIN BUSHONG, JULIAN GRIFFIN, MD JAHIRUL ISLAM, and RUBIN STONE, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT VANZILE, JR., ROGER MCGESHICK, JR., SONYA SMITH, MAIA KEGLEY, LEELYN VANZILE, CALEB MCGESHICK, and JOHN DOES 1-25,<br><br>Defendants. | Civil Action No. 1:26-cv-01050-BBC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The named Defendants, the Tribal Council members of the Sokaogon Chippewa Community, a federally recognized Indian Tribe, by and through undersigned counsel, move the Court for an extension of time to file its response to Plaintiffs' Complaint until November 6, 2026.

In support of its motion, Defendants state the following:

1. The Tribal Council Defendants were served with the Complaint on July 22, 2026, and were not aware of the suit prior to that date. The Tribal Council Defendants sought and were granted an extension to respond to the Complaint by October 7, 2026.

2. Additional time is needed to investigate and provide an appropriate response to the Complaint.

3. Plaintiffs' counsel, through Andrew Guzzo, advised the undersigned on October 6, 2026, that Plaintiffs do not object to the requested extension.

WHEREFORE, Defendants respectfully request this Court grant its motion and extend the deadline for Defendants to response to the Complaint until November 6, 2026.

Respectfully submitted,

*<u>/s/ Patrick O. Daugherty</u>*
Patrick O. Daugherty
WIED Bar # 981008
Van Ness Feldman, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Phone: (202) 298-1810
Email: pod@vnf.com

*Attorney for Tribal Council Defendants*

DATED: October 6, 2026